ORIGINAL

KATHERINE PUANA KEALOHA & ASSOCIATES
A Limited Liability Law Company LLC
Katherine Puana Kealoha 6691-0
P.O. Box 1917
Honolulu, Hawaii 96805
Telephone No.: (808) 554-3554
Facsimile No.: (808) 664-6387

Attorney for Defendant
BENJAMIN KAINA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 4 2006

at 3 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 03-00495-10 DAE |
| | ) | |
| PLAINTIFF. | ) | DEFENDANT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| VS. | ) | |
| | ) | |
| BENJAMIN KAINA, (10) | ) | Date: August 17, 2006 |
| | ) | Time: 1:30 pm |
| DEFENDANT. | ) | Judge: Honorable David Alan Ezra |

DEFENDANT'S SENTENCING STATEMENT

Defendant Benjamin Kaina (10) (hereinafter referred to as "Defendant") by and through his appointed CJA Counsel, Katherine Puana Kealoha, hereby states to this Honorable Court that we have received and reviewed the document entitled, "PRESENTENCE INVESTIGATION REPORT." The following changes and corrections/objections to the Proposed Sentencing Report are as follows:

1)   Page 1: Defense Counsel's address is as follows: P.O. Box 1917, Honolulu, Hawaii 96805. Current telephone number is (808) 554-3554.

The Defendant, by and through his Counsel, Katherine Puana Kealoha, have no further objections or clarifications other than those indicated under number one, as stated above.

DATED: July 07, 2006 at Honolulu, Hawaii.

_____
KATHERINE PUANA KEALOHA
CJA Appointed Counsel for Defendant
BENJAMIN KAINA (10)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 03-00495-10 DAE |
| PLAINTIFF. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| VS. | ) | |
| BENJAMIN KAINA, (10) | ) | |
| DEFENDANT. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following parties via U.S. Mail, hand delivery, or via facsimile, as indicated below on the date of filing herein.

    Chris A. Thomas, Esq.        Via Regular US Mail
    Assistant U.S. Attorney
    300 Ala Moana Blvd., Room 6-100
    Honolulu, Hawaii 96813

    Probation Officer - Anne M. Shimokawa
    300 Ala Moana Boulevard
    Box 50111, Room C-126        Via Regular US Mail
    Honolulu, Hawaii 96850

DATED:    July 07, 2006, at Honolulu, Hawaii.

_____
KATHERINE PUANA KEALOHA
CJA Appointed Counsel for Defendant
BENJAMIN KAINA