# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/03/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 03-00495DAE

CASE NAME: USA v. (01)Benjamin Kaina

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE: David Alan Ezra          REPORTER:

DATE: 08/03/2006                TIME:

---

COURT ACTION: EO: Sentencing as to Count 1 of the Indictment as to (10) Benjamin Kaina and Government's Motion for Downward Departure have been continued from 07/03/2006 10:30:00 AM to 08/14/2006 10:30:00 AM before DAE

Submitted by: Theresa Lam, Courtroom Manager