AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:    1:03CR00495-010                          Judgment - Page 2 of 6
DEFENDANT:      BENJAMIN KAINA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 70 MONTHS

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       1. Prison Facility-Lompoc
       2. Prison Facility-Terminal Island
       3. Drug Treatment Program
       4. Educational/Vocational Program

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

[✔]    The defendant is remanded to the custody of the United States Marshal.

JAN 0 8 2007

[ ]    The defendant shall surrender to the United States Marshal for this district.    at 11 o'clock and 15 min., A M
       [ ] at ___ on ___.                                                               SUE BEITIA, CLERK
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __11-29-06__    to __FCI, Sheridan__

at __Sheridan, Oregon__    , with a certified copy of this judgment.

_____Charles A. Daniels, Warden_____
UNITED STATES MARSHAL

By __Dora K Potter, LTE__
Deputy U.S. Marshal